# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DEBRA HOLDEN,

    Plaintiff,

v.                                     Case No: 8:20-cv-2576-KKM-AAS

ACHIEVA CREDIT UNION,

    Defendants.

_____/

## **ORDER**

The Court has been advised by the Notice of Settlement (Doc. 14) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that 60-day period, dismissal shall be **WITH PREJUDICE**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on January 26, 2021.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge